RICHARD HOAG, Appellant, v. HENRY M. PRIME et al., Respondents.

*N. Y. Supreme Court, Third Department, General Term, May 27, 1889.*

*Undertaking an appeal. Sureties.*—The liability of sureties on an undertaking on appeal is limited to the amount mentioned in the undertaking.

Action on an undertaking given by defendants as sureties on appeal from a judgment in a foreclosure action.

Appeal from a judgment entered on decision of the special term.

*A. W. Boynton*, for appellant.

*F. A. Rowe*, for respondents.

PER CURIAM.—The liability of the defendant was limited by the amount mentioned in the undertaking. That was the amount fixed by the justice, in pursuance of section 1331, last sentence. It is important to the sureties that they should know the limit of their liability, and that they be enabled to justify, under section 812.

We have no doubt that the justice who tried the case decided correctly.

Judgment affirmed, with costs to respondents, which may be set off against the recovery.